# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 27
The People &c.,
   Respondent,
  v.
Anthony Debellis,
   Appellant.

Matthew Bova, for appellant.
R. Grace Phillips, for respondent.

Reargument ordered for a future Court session. Acting Chief Judge Cannataro and Judges Rivera, Garcia, Wilson, Singas and Troutman concur.

Decided March 21, 2023